

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Warren Whisenhunt, Appellant

No. 06-13-00051-CV          v.

Matthew Lippincott and Creg Parks,
Appellees

Appeal from the County Court at Law of Hopkins County, Texas (Tr. Ct. No. CV41303). Opinion on Remand delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Warren Whisenhunt, pay all costs of this appeal.

RENDERED AUGUST 11, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk